# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2811

_____

United States of America,     *
         *
       Appellee,    *
         *   Appeal from the United States
    v.        *   District Court for the
         *   District of Nebraska.
Humberto Antonio Barbosa-Ramirez,  *
         *   [UNPUBLISHED]
       Appellant.   *

_____

Submitted: June 29, 2005
Filed: July 11, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

After Humberto Barbosa-Ramirez (Ramirez) pleaded guilty to conspiring to distribute 500 grams or more of a mixture containing a detectable amount of methamphetamine, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 841(a)(1), (b)(1), and 846, the district court[1] sentenced him to 10 years imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967). Upon careful review of counsel's brief and the entire record, see Penson v. Ohio, 488 U.S. 75 (1988), we conclude that

_____

[1] The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.

Ramirez's sentence, a 10-year statutory mandatory minimum, was proper based on his admitted drug quantity. We also conclude that there are no nonfrivolous issues for appeal. Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____